UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANYA NADINE QUINATA,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. 3:17-cv-05268-RBL-TLF

ORDER DIRECTING SUBSTITUTION OF PARTY

Petitioner Tanya Nadine Quinata has filed a petition for writ of *habeas corpus* naming the State of Washington as Respondent. Dkt. 1. The proper respondent to a *habeas* petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to her petition, Ms. Quinata is currently confined at the Washington Corrections Center for Women (WCCW). The Superintendent of WCCW is Donna Zavislan.

Accordingly, the Clerk of Court is directed to substitute Donna Zavislan as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this 4th day of May, 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 1